UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6775-FMO (SP) | | Date | October 17, 2014 |
|---|---|---|---|---|
| Title | JUAN CASTILLO v. CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**      **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute**

On September 5, 2014, plaintiff filed a Complaint for Review of Final Decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).  On September 8, 2014, the court issued its Case Management Order in this matter.  The Case Management Order advised plaintiff that the summons and complaint must be served on defendant in accordance with Federal Rule of Civil Procedure 4(i), and specifically ordered that a proof of such service must be filed with the court within 28 days after the filing of the complaint, i.e., on or before October 3, 2014.  The court warned plaintiff that failure to comply with this requirement may result in the dismissal of this case.

To date, the court has not received a proof of service.  Nor has plaintiff requested or obtained an order from the court granting an extension of time to do so.  It therefore appears that plaintiff has violated the court's order and is not properly prosecuting this action.

Accordingly, plaintiff is ORDERED to show cause in writing by November 3, 2014 why this case should not be dismissed without prejudice for plaintiff's failure to prosecute and serve defendant within the required time period, as directed in the Case Management Order.  Plaintiff may discharge this Order to Show Cause by filing, not later than November 3, 2014, proof of service of the summons and complaint.

**The court warns plaintiff that failure to respond to the Order to Show Cause by November 3, 2014, or further failure to prosecute this action in accordance with**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6775-FMO (SP) | Date | October 17, 2014 |
|---|---|---|---|
| Title | JUAN CASTILLO v. CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | | |

**the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**