JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/19/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CASTILLO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>Defendant. | **Case No. CV 14-06675-FMO (RAO)**<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the decision of the Acting Commissioner of Social Security is **REVERSED** and this matter **REMANDED** for further administrative action.


DATED: November 19, 2015

_____/s/_____

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE